**Dennis C. TOMOSON, Petitioner—Appellant,**

v.

**John LAMBERT, Superintendent, Respondent—Appellee.**

No. 02–35174.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2004.* ·

Decided July 19, 2004.

Dennis C. Tomoson, Airway Heights, WA, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HAWKINS, THOMAS and BYBEE, Circuit Judges.

MEMORANDUM **

Washington state prisoner Dennis C. Tomoson appeals pro se the district court's judgment dismissing his 28 U.S.C. § 2241 petition. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Appellant's contentions regarding his temporary transfer out of state to a private correctional facility are foreclosed by *White v. Lambert,* 370 F.3d 1002 (9th Cir. 2004).

All pending motions are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

